DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

LOWE'S v. HUNT

No. 236 PC.

Case below: 30 N.C. App. 84.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 September 1976.

MACON v. INSURANCE

No. 12 PC.

Case below: 30 N.C. App. 258.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 September 1976.

MANUFACTURING CO. v. MANUFACTURING CO.

No. 10 PC.

Case below: 30 N.C. App. 97.

Petition by Powell Manufacturing Co. for discretionary review under G.S. 7A-31 allowed for limited purpose. Motion of Harrington Manufacturing Co. to dismiss appeal for lack of substantial constitutional question allowed 1 September 1976.

NYBOR CORP. v. RESTAURANTS, INC.

No. 209 PC.

Case below: 29 N.C. App. 642.

Petition by third-party defendant Gem Oil Co. for discretionary review under G.S. 7A-31 denied 1 September 1976.

PATTERSON v. WEATHERSPOON

No. 206 PC.

Case below: 29 N.C. App. 711.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 September 1976.